# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Christina Francis ; | Wausau Homes Incorporated ; |
| 1 Citizen of This State; | 5 Incorporated and Principal Place of Business in Another State; Wisconsin |
| **County of Residence:** Atchison County | **County of Residence:** Outside This District |
| | |
| Additional Plaintiff(s): | Additional Defendants(s): |
| Cole Francis ; | Phillips Builders, LLC ; |
| 1 Citizen of This State; | 5 Incorporated and Principal Place of Business in Another State; Iowa |

**County Where Claim For Relief Arose:** Atchison County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Ryan Keane (Christina Francis) | |
| Keane Law LLC | |
| 7711 Bonhomme Ave, Ste 600 | |
| Clayton, Missouri 63105 | |
| **Phone:** 314-391-4700 | |
| **Fax:** 314-244-3778 | |
| **Email:** ryan@keanelawllc.com | |
| | |
| Tanner Kirksey (Cole Francis) | |
| Keane Law LLC | |
| 7711 Bonhomme Ave, Ste 600 | |
| Clayton, Missouri 63105 | |
| **Phone:** 314-391-4700 | |
| **Fax:** 314-244-3778 | |
| **Email:** tanner@keanelawllc.com | |

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** 1 Citizen of This State
    **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** Class Action Fairness Act of 2005 and 28 U.S.C. § 1332(d); consumer protection, negligence, breach of contract, breach of warranty and covenant

**Requested in Complaint**

    **Class Action:** Class Action Under FRCP23

    **Monetary Demand (in Thousands):** 5,000,000.00

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Tanner A. Kirksey

**Date:** 2/7/2023

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.