# Return of Substitute Service

## IN THE MISSOURI DISTRICT COURT IN AND FOR WESTERN DISTRICT COUNTY

| | |
|---|---|
| CHRISTINA AND COLE FRANCIS<br>VS<br>WAUSAU HOMES INC AND PHILLIPS BUILDERS, LLC | Case Number: **5:23-CV-06019**<br>Civil Number: **23-000119**<br>Date Received: **02/16/2023** @ **08:22**<br>Date Printed: **02/24/2023** @ **11:29** |

STATE OF IOWA }
PAGE COUNTY

I hereby certify that I served a copy of:
**COMPLAINT**
**JURY DEMAND**

To: **PHILLIPS, SCOTT** at 323 N 15TH ST - SHERIFF'S OFFICE CLARINDA, IA 51632
on **02/24/2023** @ **11:25**   Type of Service: **PERSONAL**

By substitute service on:
**ASHLEY PHILLIPS** at 323 N 15TH ST - SHERIFF'S OFFICE   CLARINDA   IA   51632
Relationship/Title: **SPOUSE**   Legal Age:

Remarks:

Fees:
Service Fees: 30.00
Mileage: 6.00
Copies: 0.00
Total: 36.00

Paid By:
Date:
Check #:

LYLE PALMER, SHERIFF
PAGE COUNTY

By: /S/ RESERVE JENN SANDS

Case 5:23-cv-06019-SRB   Document 4   Filed 02/24/23   Page 1 of 1