_____

No: 23-2474

_____

Cole Francis; Christina Francis

Plaintiffs - Appellees

v.

Wausau Homes Incorporated

Defendant - Appellant

Phillips Builders, LLC

Defendant

_____

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:23-cv-06019-SRB)

_____

**JUDGMENT**

Appellant's stipulation for dismissal of the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

September 01, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans