# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2474

Cole Francis and Christina Francis

Appellees

v.

Wausau Homes Incorporated

Appellant

Phillips Builders, LLC

---

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:23-cv-06019-SRB)

---

**MANDATE**

In accordance with the judgment of September 1, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 01, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit