UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| CHRISTINA FRANCIS and COLE FRANCIS, individually and on behalf of all those similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) WAUSAU HOMES INCORPORATED, ) and PHILLIPS BUILDERS, LLC, ) ) Defendants. ) | Case No. 5:23-cv-06019 |

## REQUEST TO APPEAR TELEPHONICALLY

COME NOW Plaintiffs, by and through their undersigned counsel, and respectfully request an Order granting permission to appear <u>telephonically</u> at the January 5, 2024 Rule 16 scheduling conference set by the Court. *See* ECF 33. Good cause is present as Plaintiffs' counsel is located in St. Louis, Missouri (and wishes to reduce travel costs and expenses), telephonic appearances are specifically contemplated by the Court, and a remote appearance will not prejudice the parties.

Dated: January 3, 2024

Respectfully submitted,

**KEANE LAW LLC**

 */s/ Tanner A. Kirksey*
Ryan A. Keane, #62112MO
Tanner A. Kirksey, #72882MO
7711 Bonhomme Ave, Suite 600
St. Louis, MO 63105
Phone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com
tanner@keanelawllc.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was served electronically upon all counsel of record via the CM/ECF system on January 3, 2024.

                                              */s/ Tanner A. Kirksey*