# EXHIBIT 3

# CHANGE ORDER

Builder: Phillips Builders

Customer: Josh Temple

Custom Home Site Address: Hwy 292 St. Joesph Mo

This Change Order is an amendment to the Contract for Custom Home Construction Contract dated ____11-25-2020_____ by and between the Builder and the Customer for the Custom Home Site.

The Changes to the scope of work are set forth below or on the attached page(s):

Add Roof over deck/patio area on Rear elevation $6300.00 This Will need to be paid on the set day Draw

Builder's Signature: _____

    Date: _____11-25-20_____

Customer's Signature: _____

    Date: _____11-25-20_____