# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| CHRISTINA FRANCIS and COLE FRANCIS, individually and on behalf of all those similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) WAUSAU HOMES INCORPORATED, ) and PHILLIPS BUILDERS, LLC, ) ) Defendants. ) | Case No. 5:23-cv-06019 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of June, 2024, Plaintiffs' Responses and Objections to Defendant Wausau's Amended First Set of Requests for Production were served via electronic mail to all counsel of record.

Dated: June 20, 2024

Respectfully submitted,

**KEANE LAW LLC**

 /s/ Tanner A. Kirksey
Ryan A. Keane, #62112MO
Tanner A. Kirksey, #72882MO
7711 Bonhomme Ave, Suite 600
St. Louis, MO 63105
Phone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com
tanner@keanelawllc.com

*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was served electronically upon all counsel of record via CM/ECF on June 20, 2024.

      */s/ Tanner A. Kirksey*