# Return of Service

## IN THE MISSOURI DISTRICT COURT IN AND FOR WESTERN DISTRICT COUNTY

**CHRISTINA FRANCIS AND COLE FRANCIS**
**VS**
**WAUSAU HOMES INC, PHILLIPS BUILDERS, LLC, AND SCOTT PHILLIPS**

Case Number: **5:23-CV06019**
Civil Number: **24-000402**
Date Received: **06/28/2024** @ **08:04**
Date Printed: 07/01/2024 @ 15:46

**STATE OF IOWA**
**PAGE COUNTY** }

I hereby certify that I served a copy of:

**SUMMONS**           **EXHIBITS**
**FIRST AMENDMENT**   **JURY DEMAND**
**COMPLAINT**

To:     **PHILLIPS,SCOTT**   at   **216 W WALNUT ST CLARINDA, IA 51632**
        on   **06/30/2024**   @   **19:30**           Type of Service: **PERSONAL**
Remarks:

Fees:
Service Fees:    30.00
Mileage:          6.00
Copies:           0.00
Total:           36.00

Paid By:
Date:
Check #:

LYLE PALMER, SHERIFF
PAGE COUNTY

By:   /S/   DEPUTY  LINDSEY STEPHENS