UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| CHRISTINA FRANCIS and COLE FRANCIS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAUSAU HOMES INCORPORATED, and PHILLIPS BUILDERS, LLC,<br><br>Defendants. | Case No. 5:23-cv-06019 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2, Robert J. Hoffman and Grace Colato Martinez hereby move to withdraw as counsel for Defendant Wausau Homes Incorporated ("Wausau"). Good cause supports this request because on July 29, 2024, Attorney Kristie S. Crawford and the law firm of Brown & James, P.C. entered their appearance as counsel of record for Wausau.

WHEREFORE Robert J. Hoffman and Grace Colato Martinez of Bryan Cave Leighton Paisner LLP respectfully request that the Court grant their Motion to Withdraw.

Dated: August 1, 2024

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Grace Colato Martinez*
    Robert J. Hoffman, MO Bar #44486
    Grace Colato Martinez, MO Bar #70921
    1200 Main Street, Suite 3800
    Kansas City, MO 64105-2122
    Tel: (816) 374-3200
    Fax: (816) 374-3300
    rjhoffman@bclplaw.com
    grace.colato@bclplaw.com

**Attorneys for Defendant Wausau Homes Incorporated**

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024 a copy of the foregoing was filed electronically with the Clerk of the Court via the CM/ECF system, which will send notice to all counsel of record.

/s/ *Grace Colato Martinez*
Attorney for Defendant Wausau Homes Incorporated