

January 12, 2022

Ms. Alesia Cork, CPCU, AIC, LGSW
Zurich North America
1299 Zurich Way
Schaumburg, IL 60196

Re:   **Damage Evaluation – Report of Findings**
      Project Name:      Cole and Christina Francis
      Project Address:    Lace Ave. Fairfax, MO 64446
      Zurich File #:      5630071912
      J.S. Held File #:    21101796

Dear Ms. Cork:

At your request, J.S. Held LLC (hereafter, J.S. Held) evaluated reported damage concerning the construction of a single-family residence located at the above-referenced project address. This report conveys the results of the evaluation.

**BACKGROUND**

The subject residence was a two-story structure (main floor level over a walkout basement level) with a rectangular footprint and covered with a mono-slope roof. The main level floor, walls, and roof structure were conventionally wood-framed, and the basement walls were cast-in-place concrete. The residence was predominately oriented with cardinal directions, with the main level entrance elevation facing north and the walk-out basement elevation facing south. See Figures 1 and 2.



*Figure 1* - Aerial view of residence. Top of photo is north, bottom of photo is south.



*Figure 2* - View of the west and south elevations.

The residence was partially constructed at the time of this evaluation and was at a "mostly dried in" stage. That is, roofing had been installed, exterior doors and windows were installed, and an exterior water-resistive barrier in the form of synthetic house wrap had been installed over exterior walls. However, no exterior finishes were installed aside from the roof covering, nor were any interior finishes installed. Interior concrete slab-on-grade floors at the main level garage and at the basement had not been placed.

It was understood that the owner of the property had retained a general contractor (GC) to build the residence. Additionally, we understood that construction had begun in May of 2021 and was halted in August of 2021 when the GC abandoned the project. During and/or after the course of construction, the owner of the residence identified several aspects of damage and other issues of concern regarding the in-progress construction.


**DEFENDANT'S EXHIBIT**
A

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
...ntal, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration


**SCOPE OF SERVICES**

J.S. Held was retained to evaluate and determine the cause of reported aspects of damage and other issues of concern identified by the owner. The items of concern reported to J.S. Held by the owner were:

1. Incorrect tops of foundation walls at the overhead door openings of the garage.

2. Overhang of the garage walls off the tops of foundation walls.

3. Concrete cracking at the top of foundation wall at the northwest corner of the foundation.

4. Insufficient subgrade preparation depth for the basement floor.

5. Chipped or delaminated areas to the top surfaces of main level subfloor sheathing.

6. Water damage to interior wood floor and wall framing from rainfall prior to the roofing installation.

**CONCLUSIONS**

J.S. Held concluded the following: (numbered in correlation with the SCOPE OF SERVICE items above)

1. The improper foundation stem wall heights at the overhead garage door openings were the result of deficient construction of the foundation.

2. The overhang of wood-framed garage walls off the foundation was the result of deficient construction of the foundation and/or the prefabricated exterior stud walls.

3. The cracked concrete at the top of foundation wall at the northwest corner of the foundation was reported to have occurred due to impact by construction machinery such as a skid loader during backfilling. J.S. Held could not confirm this as the specific cause of the crack, however the crack damage was consistent with an impact from heavy machinery as described.

4. The insufficient subgrade preparation depth for the basement floor, which would prevent adequate concrete floor slab thickness in some areas, was caused by deficient construction of the site grading and/or insulation placement.

5. The chipped/delaminated areas at fastener locations along the top surfaces of two main level subfloor sheathing panels were caused by deficient or haphazard construction during the installation of the panels.

6. Various areas of the main level exhibited water stains to the top surface of the main subfloor sheathing panels and/or to the bottom edges of sole plates at interior partition walls, which was consistent with exposure to rainwater or other liquids during rough construction. The liquid exposure and stains did not constitute damage and instead are normal and expected conditions of typical residential rough framing prior to dry-in.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration


**REFERENCES**

Information obtained from the following sources was utilized in this evaluation:

1. ConnectExplorer by Pictometry, aerial imagery. (https://explorer.pictometry.com/index.php)

2. Architectural plans (plan sheets A1 through A8) by Wausau Homes, dated March 20, 2020, titled "Francis Family Dream Home".

3. *LP Legacy Premium Sub-Flooring Installation Instructions*. (LPL0154, 9/21)

4. *8 Common Sub-Floor Installation Mistakes and How to Avoid Them*. (LPL0153, 9/21)

**SITE INSPECTION**

Christopher Wilkens, P.E. of J.S. Held conducted a site inspection on November 16, 2021. Selected, representative photographs taken during the site inspection are included in **Appendix A** of this report. All photographs and field notes have been retained in the project file.

Also present during the site inspection was the owner, Ms. Christina Francis, who gave access to the property, pointed out the items of concern, and gave general information about the project.

**REPORTED INFORMATION**

The following information (paraphrased) was verbally reported to J.S. Held from Ms. Christina Francis either during the site inspection or during a previous phone call on November 10, 2021:

1. The tops of concrete walls at the overhead garage door openings were poured without forming keyways for the garage floor, and subsequently had to be jackhammered.

2. The walls of the garage were hanging off the tops of foundation walls.

3. Inside the Living Room area, chunks of OSB had detached from the subfloor.

4. At the corner of the house, a skid loader impacted the foundation and cracked the concrete.

5. The subgrade for the basement floor was not deep enough in places to allow for the full depth of concrete floor slab.

6. The patio door at the walkout basement level had been "ripped out" by exterior grading machinery.

7. Water leaked into the house through the roof framing during a three-month period when the roof deck had been installed but shingles had not yet been installed.

8. The "house was set" on May 11, 2021 and construction stopped in August 2021. Issues were found starting in July 2021.

9. Wood exterior wall framing was prefabricated and had been trucked in.

10. Exterior siding was to be vinyl siding.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration


**SITE OBSERVATIONS and ANALYSIS**

<u>Item 1: Incorrect tops of foundation walls at the overhead door openings of the garage.</u>

The top surfaces of the foundation stem walls at the garage door openings were observed to have rough surfaces characterized by jagged and loose chunks of concrete. Additionally, pieces of broken concrete were strewn along the ground adjacent to the stem walls. (Appendix A, Photos 1-3)

Typical layout and construction of concrete garage floors entails the concrete floor slab to overtop the foundation stem walls at exterior door openings. In this manner, the finished concrete floor surface is continuous through the door opening to the interface with exterior elements. Conversely, foundation stem walls surrounding a garage that underlie exterior walls are, at minimum, level to the top of the garage floor and oftentimes above the surface of the garage floor. Therefore, the top of foundation wall must be constructed at a lower elevation in the areas of door openings, as compared to the remainder of the wall elevations.

The strewn concrete remnants and rough surfaces to the top of walls within the overhead door openings were consistent with the wall having been constructed too high, and subsequently having been lowered via jackhammering as reported by the owner. This scenario was an as-constructed issue, and therefore J.S. Held concluded that:

> The improper foundation stem wall heights at the overhead garage door openings were the result of deficient construction of the foundation.

<u>Item 2: Overhang of the garage walls off the tops of foundation walls.</u>

At the east elevation of the garage, the outside faces of the wood framed exterior wall, 2x6 sill plates overhung past the outside faces of the concrete stem walls. The amount of overhang increased from the northeast corner to the southeast corner of the garage, with the maximum amount at the southeast corner being approximately a 2.25-inch overhang. (Appendix A, Photos 4-7)

Typical residential construction layout entails alignment of the outside face of exterior wall studs to vertically align with the outside face of concrete stem walls. Review of the architectural plan details, particularly Section E-E on Sheet A4, confirmed that such alignment was the design intent on this project. The misalignments and overhangs of the east garage wall therefore represented inaccurate, as-built construction that did not assure proper alignment.

This project utilized prefabricated exterior wall segments, as reported by the owner. In such construction, the walls are prefabricated to exacting dimensions as specified during ordering, and/or as dimensioned on construction plans. Therefore, the site-built foundation components must be constructed to exacting dimensions in order to achieve proper alignment with the prefabricated walls. This is in contrast to site-built exterior wood walls, which can be adjusted as needed to accommodate inaccuracies of foundation wall construction. The misalignments were therefore an indication that either 1) the foundation walls were inaccurately constructed from their intended layout, or 2) the prefabricated walls were either improperly coordinated (e.g., ordered with inaccurate dimensions) or were inaccurately fabricated. In any case, or a combination of cases, the scenario was an as-constructed issue, and therefore J.S. Held concluded that:

> The misalignments and excessive overhang of wood-framed garage walls off the foundation was the result of deficient construction of the foundation and/or the prefabricated exterior stud walls.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

Case 5:23-cv-06019-SRB    Document 91-1    Filed 12/12/24    Page 4 of 32


Item 3: Cracked concrete at the top of foundation wall at the northwest corner of the foundation.

At the northwest corner of the foundation, a concrete crack wrapped around the corner, located approximately 4 inches below the top of the wall. The crack extended diagonally upward along each of the north and west foundation walls, approximately 8 to 10 inches in each direction before terminating at the top of walls. A relatively small piece of concrete (approximately 1/2 inch in depth) had spalled off the north wall along the crack location. Additionally, another concrete spall was located approximately 6 to 8 inches below the corner crack; The spall was about 4 inches tall by 2 inches deep and had spalled off the exterior corner of the wall. No cracks were visible to the inside face of concrete at this area. (Appendix A, Photos 8-13)

The owner reported that a skid steer had impacted the foundation wall, causing the crack and spall damage, during foundation backfilling or other movements nearby the northwest corner of the residence. Although this exact reported event could not be confirmed, the observed crack and spall damage, and the localized nature thereof, was consistent with the type of concrete damage that would result from such as impact by a sufficiently hardened and heavy object. Therefore J.S. Held concluded that:

> The cracked concrete at the top of foundation wall at the northwest corner of the foundation was reported to have occurred due to impact by construction machinery such as a skid loader during backfilling. J.S. Held could not confirm this as the specific cause of the crack, however the crack damage was consistent with an impact from heavy machinery as described.

Item 4: Insufficient subgrade preparation depth for the basement floor.

At the interior basement floor area, rigid insulation was in place atop the earthen subgrade, along with welded wire fabric, steel rebar, and radiant heat tubing above the rigid insulation in preparation for placement of the concrete floor slab-on-grade. Along the south elevation of the basement, the top surface of the rigid insulation varied in depth. It was measured to be 5 inches below the top of the foundation wall at the west end of the wall, and 3 inches below the top of foundation wall at the east end of the wall. (Appendix A, Photos 14-15)

Review of the architectural plans, specifically Section D-D of Sheet A4, revealed that the basement floor was to be a concrete slab-on-grade floor constructed over rigid insulation, and with the top of concrete floor slab elevation to be aligned with the top of the south foundation stem wall. Based on the measurements taken along the south wall, the as-prepared rigid insulation surface would lead to a 5-inch slab thickness at the western end of the wall and a 3-inch slab thickness at the eastern end of the wall. Therefore, the rigid insulation had not been accurately set to allow for a 4-inch concrete floor slab thickness. The top elevation of the rigid insulation would have been a function of both the prepared surface elevation of the earthen subgrade below, and the thickness of the insulation. As such, one or both components had necessarily been inaccurately constructed. Therefore, J.S. Held concluded that:

> The insufficient subgrade preparation depth for the basement floor, which would prevent adequate concrete floor slab thickness in some areas, was caused by deficient construction of the site grading and/or insulation placement.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

Case 5:23-cv-06019-SRB    Document 91-1    Filed 12/12/24    Page 5 of 32



Item 5: Spalled areas to the top surfaces of main level subfloor sheathing.

At the main level, interior floor in the Living Room, two adjacent oriented strand board (OSB) subfloor panels exhibited spalled areas of the OSB. The spalls were relatively small in size (approximately 2 inches or less in width or length), and were coincident with nail locations along the ends of the panels. In addition to spalls, there were some instances of upward-delaminated OSB material surrounding nail locations. Several adjacent panels had been installed with alignment of panel ends atop one single floor joist. Several nails fastening the OSB to the floor joist along the end joints had driven though the underside of the floor joist flange, making the nail shanks visible, and two different types of nails were present: rink shank and smooth shank. (Appendix A, Photos 16-24)

The physical damage to the OSB surrounding the nail fasteners was consistent with either a concentrated downward impact and/or a concentrated internal upward force from embedded nail heads. Concentrated downward impacts could come from a hammer strike when manually hammering nails into the wood, or, from a pneumatic nail gun overdriving a nail into the wood due to over-pressurization. Conversely, an upward internal force from an embedded nail head can occur when nails are underdriven, leaving a gap between the attached pieces of wood, followed by a subsequent closing of the gap. Lastly, there is the potential that the panels had been previously fastened and then detached (e.g., a re-use or repositioning of the panels). Any of these cases would constitute haphazard workmanship. Other evidence of haphazard workmanship was present, such as a continued end alignment of adjacent panels which is a commonly known condition to avoid and is specifically addressed in published installation instructions for the product. Additionally, the presence of both rink shank and smooth shank nails suggested differing times of nailing application, and with potentially different means such as manual versus pneumatic. This was an indication of an attempt to tighten the connection with secondary nailing or bolster the connections due to existing damaged nailing. Therefore, J.S. Held concluded that:

> The spall areas at fastener locations along the top surfaces of two main level subfloor sheathing panels were caused by deficient or haphazard construction during the installation of the panels.

Item 6: Water damage to interior wood floor and wall framing from rainfall prior to the roofing installation.

In some locations of the main level interior floor, such as around the Bath 2 area (as labeled on Sheet A5 of the architectural plans), the top surface of the OSB exhibited a dark stain coloration consistent with being wetted by water or other liquid. In some instances, dark discoloration was visible to the bottom edges of interior partition wall baseplates where in contact with the OSB. No physical damage was noted at these locations other than superficial discoloration. Separately, isolated instances of delaminated "bubbles" were visible on the surface of the OSB, where the top lam of the OSB had delaminated and raised upward. These delaminated areas were less than 4 inches in length and 1 inch in width and did not coincide with discoloration stains on the floor surface. (Appendix A, Photos 25-29)

The owner had reported rainwater entering into the house through the rough roof framing, prior to the installation of the shingle roof covering, for approximately three months. Wetting of rough framing is commonplace during rough construction, and isolated wettings do not cause damage to wood framing components when subsequent drying occurs within a reasonable amount of time. This was reinforced in the published literature by the OSB manufacturer which stated, "*Exposure to reasonable precipitation during normal construction delays will not damage the panels.*" As such, the mere presence of water onto the OSB panels, and subsequent discoloration staining thereof, does not constitute damage.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration
Case 5:23-cv-06019-SRB    Document 91-1    Filed 12/12/24    Page 6 of 32


Conversely, OSB can begin to delaminate if held in wetted conditions for prolonged periods of time. The isolated instances of delaminated OSB were without coincident water stains, which indicated a lack of prolonged wetted conditions to those areas. That, coupled with the relatively small and discrete sizes of the delamination made them consistent with anomalies inherent to the OSB product rather than incurred damage.

Therefore, J.S. Held concluded that:

> Various areas of the main level exhibited water stains to the top surface of the main subfloor sheathing panels and/or to the bottom edges of sole plates at interior partition walls, which was consistent with exposure to rainwater or other liquids during rough construction. The liquid exposure and stains did not constitute damage and instead are normal and expected conditions of typical residential rough framing prior to dry-in.

**CLOSING**

Thank you for the opportunity to provide professional services. The opinions and conclusions in this report have been formulated within a reasonable degree of professional certainty. Please note that J.S. Held opinions are based on the information provided and/or obtained as well as our training, knowledge, and experience. To the extent that hidden conditions exist, and/or additional information is made available, J.S. Held reserves the right to revise or update any of the observations, assessments, and/or opinions as conditions change or additional information is provided for our review.

This document is to inure to the benefit of the addressee only and may not be relied upon, used by, or referenced by any third party without the written consent of J.S. Held. If clarification or additional information is required, please do not hesitate to contact us.

Respectfully,
**J.S. Held LLC**



This item has been electronically signed and sealed by Christopher Wilkens, P.E. on January 12, 2022 using a Digital Signature. Printed copies of this document are not considered signed and sealed, and the signature must be verified on any electronic copies.

Christopher Wilkens, P.E.
Vice President – Senior Engineer
Missouri PE # 2011026226 (expires 12/31/2023)

Appendix A: Photographs
Appendix B: Architectural Plans

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | **Find your expert at** jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

Case 5:23-cv-06019-SRB     Document 91-1     Filed 12/12/24     Page 7 of 32



**APPENDIX A**

Photographs

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



**Photo 1:** View of the east elevation showing the overhead garage door openings.



**Photo 2:** View of remnant concrete chunks along the foundation stem walls at garage openings.



**Photo 3:** View looking downward at the top surface of the foundation stem wall at overhead garage door openings, showing jagged and loose concrete.



**Photo 4:** View of the exterior wall at east elevation of garage between the overhead doors. See also next photo.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

Case 5:23-cv-06019-SRB    Document 91-1    Filed 12/12/24    Page 10 of 32




**Photo 5:** View of approximate 1 inch overhang of east exterior wall sill plate (red arrow) off the outside face of concrete foundation wall.



**Photo 6:** View of the exterior wall at east elevation of garage at the southeast corner of the garage. See also next photo.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



**Photo 7:** View of approximate 2.25 inch overhang of east exterior wall sill plate off the outside face of concrete foundation wall.



**Photo 8:** View of the west and north elevations of the residence showing the northwest corner of the residence in the foreground.





**Photo 9:** View of the northwest corner of the foundation showing a concrete crack and the top of corner and spalled concrete below the crack. See also next photos.



**Photo 10:** View of the northwest corner concrete crack at the top 4 inches of foundation wall height, extended upward along the north and west foundation walls approximately 8 to 10 inches in each direction before reaching the top of walls.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



**Photo 11:** View of spalled concrete off corner of foundation below the concrete crack area.



**Photo 12:** View within the basement looking northwest toward the northwest foundation wall corner.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

Case 5:23-cv-06019-SRB     Document 91-1     Filed 12/12/24     Page 14 of 32



**Photo 13:** View of the top portion of the foundation wall at the northwest corner showing an absence of visible cracks.



**Photo 14:** View of a basement floor location where the top surface of rigid insulation on the ground was 5 inches below the top of exterior foundation wall.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



**Photo 15:** View of a basement floor location where the top surface of rigid insulation on the ground was 3 inches below the top of exterior foundation wall.



**Photo 16:** View of the main level, interior floor space looking south into the Living Room area.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



**Photo 17:** View of the Living Room area, with red oval added to identify the locations of spalls within the OSB subfloor.



**Photo 18:** View of Living Room area with OSB spalls. Note the aligned butt joint location of several adjacent panels (blue oval).

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | **Find your expert at** jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration




**Photo 19:** View of the OSB spalls within the Living Room area.



**Photo 20:** View of a typical spall in the OSB subfloor.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | **Find your expert at** jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

Case 5:23-cv-06019-SRB     Document 91-1     Filed 12/12/24     Page 18 of 32




**Photo 21:** View of a typical spall in the OSB subfloor.



**Photo 22:** View of an upward delaminated surface of the OSB.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration





**Photo 23:** View of underside of panel with OSB spalls.



**Photo 24:** View of underside of spalled OSB panel showing a ring shank nail (red arrow) and a smooth shank nail (blue arrow) fastening the OSB to the top of the floor joist.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



**Photo 25:** View of the Bath 2 area of the main level floor, showing water stains to the surface of the OSB subfloor.



**Photo 26:** Closer view of water stains to the OSB subfloor.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

Case 5:23-cv-06019-SRB     Document 91-1     Filed 12/12/24     Page 21 of 32



**Photo 27:** View of water stains at the bottom edge of a wood plate at interior partition wall.



**Photo 28:** View of isolated area with delamination of top OSB ply. See also next photo.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration




**Photo 29:** View of isolated area with delamination of top OSB ply.

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 773-634-5366 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



## APPENDIX B

Architectural Plans

13200 Metcalf Ave., Suite 265 | Overland Park KS 66213 | 800-971-7252 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



# FRANCIS FAMILY DREAM HOME
ROCKPORT MO

## ABBREVIATIONS:

| | |
|---|---|
| CONC | CONCRETE |
| EXT | EXTERIOR |
| FLR | FLOOR |
| FDN | FOUNDATION |
| FTG | FOOTING |
| GA | GAUGE |
| SPEC | SPECIFICATIONS |
| TYP | TYPICAL |
| W.H. | WATER HEATER |

## DIMENSIONS:

1. ALL DIMENSIONS SHOWN ARE FROM FACE OF STUD OR CENTER OF EQUALS UNLESS NOTED OTHERWISE. SEE DETAILED DRAWINGS.
2. ALL DIMENSIONS TO BE VERIFIED AT JOB SITE.
3. ALL DIMENSIONS TO STUD PARTITIONS ARE TO THE FACE OF STUD UNLESS NOTED OTHERWISE.
4. DO NOT SCALE DRAWINGS AND FROM FLOOR DRAWINGS TO CONTRACTOR MUST NOTIFY ARCHITECT.

## DETAILS:

1. DETAILS DRAWINGS TYPICAL, APPLY IN ALL CASES UNLESS NOTED OTHERWISE.
2. MEANS OF SPECIFICATIONS. IF SHOWN, THE MEANS OF CONSTRUCTION SHALL BE IDENTICAL OR SIMILAR TO THAT INDICATED FOR LIKE UNITS OF CONSTRUCTION ON ALL SIDES.
3. FOLLOW ALL MANUFACTURER'S RECOMMENDED SPECIFICATIONS AND INSTALLATION PROCEDURES UNLESS OTHERWISE NOTED.
4. PROVIDE ADEQUATE ANCHORAGE, BLOCKING, BACKING, AND FRAMING FOR LIGHT FIXTURES, ELECTRICAL UNITS, AND EQUIPMENT, ETC.
5. PROVIDE FIRESTOPS AND DRAFT STOPPING IN SPACES CREATED BY CHASES, FURRING, ETC. IN ACCORDANCE WITH THE APPLICABLE CODES.
6. SMOKE ALARMS SHALL BE INSTALLED IN ACCORDANCE WITH THE APPLICABLE CODES.

## GENERAL NOTES:

1. ALL DIMENSIONS, CODES, AND ALL APPLICABLE LOCAL, STATE AND NATIONAL CODES AND ORDINANCES SHALL HAVE JURISDICTION.
2. THE CONTRACTOR SHALL EXAMINE THE PROJECT DRAWINGS AND SHALL NOTIFY THE ARCHITECT OF ANY DISCREPANCIES FOUND BEFORE PROCEEDING WITH THE WORK.
3. THE CONTRACTOR SHALL VERIFY CONDITIONS AT THE SITE AND REPORT ANY DISCREPANCIES TO THE DESIGNER BEFORE PROCEEDING WITH THE WORK.
4. EACH CONTRACTOR SHALL INCLUDE LABOR, MATERIALS, TOOLS, EQUIPMENT, ETC. AND ALL ITEMS NECESSARY TO PERFORM THE WORK INDICATED AS SPECIFIED BY THE DRAWINGS AND SPECIFICATIONS, UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE BETWEEN CONTRACTOR AND OWNER.
5. THE CONTRACTOR SHALL BE RESPONSIBLE FOR ALL DIMENSIONS, QUANTITIES, ETC. AND BE RESPONSIBLE FOR ALL ACTUAL FIELD CONDITIONS.
6. DRAWINGS INDICATE GENERAL AND TYPICAL DETAILS OF CONSTRUCTION. WHERE CONDITIONS ARE NOT SPECIFICALLY SHOWN, CONTRACTOR SHALL MAKE SIMILAR DETAILS AS SHOWN AND SHALL BE RESPONSIBLE FOR SAME. WHERE REQUIRED, SPECIAL DETAILS ARE INDICATED BY NOTES ON THE DRAWINGS.
7. ALL DIMENSIONED MECHANICAL AND ELECTRICAL WORK IS TO BE COORDINATED BETWEEN THE TRADES AS PART OF THE WORK INSTALLATION LAYOUT.
8. CONTRACTOR SHALL PROVIDE ADEQUATE BRACING AND/OR SHORING TO ENSURE STRUCTURAL STABILITY OF BUILDING DURING CONSTRUCTION.
9. ALL MATERIAL AND ITEMS SPECIFIED AS NEW SHALL BE NEW AND NOT LIMITED TO INTERIOR TRIMS, FINISHES, WINDOWS, EXTERIOR TRIM AND FIXTURES AND SOFTWARE MILLWORK, ETC. SHALL BE COVERED BY A WARRANTY.
10. DO NOT SCALE THE DRAWINGS. WRITTEN DIMENSIONS ALWAYS TAKE PRECEDENCE OVER SCALED DIMENSIONS.
11. THE CONTRACTOR SHALL VERIFY ALL DIMENSIONS AND/OR CONDITIONS ON THE JOB AND REPORT ANY DISCREPANCY WITH THE WORK AND THE SPECIFICATIONS TO THE DESIGNER.
12. PRIOR TO THE START OF CONSTRUCTION, THE CONTRACTOR SHALL VERIFY THE REQUIRED LOCATION OF ALL UTILITIES. ALL UTILITY INVERTS AND LOCATIONS SHALL BE VERIFIED BY CONTRACTOR PRIOR TO START OF CONSTRUCTION.

These plans/drawings are protected under Federal Copyright law. The purchase of a set of plans/drawings does not transfer any copyright or other ownership interest in them except for the limited license to use that set of plans/drawings to construct a single home by Mielsen Homes, inc. It is unlawful to build a home from this set of plans/drawings, and/or to make any copies of these plans/drawings without the consent of Mielsen Homes, inc.

COLE FRANCIS

MODEL: CUSTOM

DATE: 3/20/2020

SCALE

Mielsen Homes
www.mielsenhomes.com
info@mielsenhomes.com
Direct: 712-542-2475
325 S. Main St., Rockport, MO 64482
Marketing by Bailey Software

A1

SHEET A1



FRONT ELEVATION

RIGHT ELEVATION

LEFT ELEVATION

REAR ELEVATION

This drawing is the exclusive property of Mansen Homes Inc. It is protected copyright and any reproduction or unauthorized use of these plans may result in legal action against violators. These plans may be protected under federal copyright law. By accepting a copy of these plans owner/builder acknowledges and accepts full responsibility to Phillips Builders for the construction of a single family home by Phillips Builders.

Mansen Homes
Bryceville
630 S. Main St.
Bryceville, MO 63053
Direct: 743-562-7575
info@mansenhomes.com
www.mansenhomes.com

HOMEOWNER NAME
COLE FRANCIS

PLAN NAME/NO.
CUSTOM

DATE
3/20/2020

SHEET NO.
A2

Cole Francis



FOUNDATION PLAN

Case 5:23-cv-06019-SRB    Document 91-1    Filed 12/12/24    Page 27 of 32



These plans and drawings are protected under Copyright law. By accepting a copy of these plans and drawings, you acknowledge and accept that these plans and drawings may not be used for the construction of a single home by Prestige Builders or used to copy from, modify, or use these plans/drawings other than for the construction of a single home by Prestige Builders, Inc. It is otherwise unlawful to copy these drawings and plans and all are protected under a exception for Prestige Builders. By accepting a copy of these plans/drawings, you do so with the understanding and acceptance that these rules apply.

SECTION D-D

SECTION C-C

TYP. COLUMN BEARING DETAIL

SECTION B-B

TYP. BEAM POCKET DETAIL

SECTION A-A

SECTION E-E

COLE FRANCIS
HOME OWNER'S NAME

CUSTOM

DATE
3/20/2020

Mansan Homes Moyock
118 S. Main St.
Moyock, NC 28441
Direct: 757-562-7975
info@mansanhomes.com
www.mansanhomes.com

Mansan Homes
Affordable for Quality Homes

A4



MAIN FLOOR PLAN

These plans are protected under federal copyright law. The construction of a single home by the Philips Business receiving these Philips Business. By receiving a copy of these plans/specifications, you acknowledge that modify, or use these plans/specifications other than for the construction of a single home by Philips Business without prior written authorization is strictly prohibited.

CUSTOM

3-20-2020

COLE FRANCIS

Mansen Homes
999 S. Main St.
Wausau, WI 54401
Direct: 715-848-7878
jhillips@mansenhomes.com
www.mansenhomes.com

A5



ROOF PLAN

These drawings and/or specifications are the property and copyright of Mansion Homes, Inc. and shall not be reproduced and/or copied in any form or manner whatsoever, nor are they to be assigned to any third party without first obtaining the express written permission and consent of Mansion Homes, Inc. In addition, an acknowledgement and copy of these drawings and/or specifications shall be provided to Mansion Homes, Inc. upon request. No reproductions of these drawings shall be made for the construction of a single home by Mansion Homes, Inc. only, or use these drawings multiple times for the construction of a single home by Mansion Homes.

COLE FRANCIS

HOUSE/OWNER NAME

CUSTOM

SCALE

3/20/2020

A6

SHEET #

Mansion Homes

www.mansionhomes.com
info@mansionhomes.com
Direct: 712 542-7429
Maryville, MO 64468
810 S Main St
Mansion Homes Maryville

Authorizing for Building Permits



TYPICAL VAULTED WALL SECTION DETAIL

TYPICAL WALL SECTION DETAIL



KITCHEN

MASTER BATH

BATH 2

COLE FRANCIS
HOMEOWNER NAME

CUSTOM

3/20/2020

Mansen Homes Maryville
328 S. Main St.
Maryville, MO 64468
Direct: 712-243-3253
jeff@benchmarkhomes.com
www.mansenhomes.com

A8