# Crawford, Kristie

**From:** Grace Colato Martinez <grace.martinez@bclplaw.com>
**Sent:** Monday, July 15, 2024 7:19 AM
**To:** tanner@keanelawllc.com; Robert Hoffman; matt@cliffordsaviolaw.com; ryan@keanelawllc.com
**Cc:** 'Nicholas Savio'
**Subject:** RE: Francis v. Wausau - Phone Call
**Attachments:** Francis v Wausau Homes - Joint Motion to Extend Deadlines(615386516.2).doc

Hi Tanner,

Thank you for your email.

With respect to the J.S. Held report drafted by Christopher Wilkens, P.E. for Zurich North America, to clarify, the agreement is that we will accept Christoper Wilkens as your designated expert and the report you have already given us as your designated expert's opinions. Please supplement with the rest of the information required by Rule 26(a)(2)(b)(iv)-(vi):

    (iv) the witness's qualifications, including a list of all publications authored in the previous 10 years;

    (v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and

    (vi) a statement of the compensation to be paid for the study and testimony in the case.

We also would like to ask the court to amend the impending deadlines, to be safe, while we wait for Phillips to appear. We hope to file this as a joint motion by today or tomorrow. Please see attached draft and let me know if you agree or have any edits. If you agree, please add your signature block.

Thank you,
Grace



Grace Colato Martinez
Attorney
Bryan Cave Leighton Paisner LLP - Kansas City, MO USA
grace.martinez@bclplaw.com
T: +1 816 374 3277  M: +1 816 399 7083

**From:** tanner@keanelawllc.com <tanner@keanelawllc.com>
**Sent:** Tuesday, June 18, 2024 5:01 PM
**To:** Robert Hoffman <Bob.Hoffman@bclplaw.com>; matt@cliffordsaviolaw.com; ryan@keanelawllc.com; Grace Colato Martinez <grace.martinez@bclplaw.com>
**Cc:** 'Nicholas Savio' <nick@cliffordsaviolaw.com>
**Subject:** RE: Francis v. Wausau - Phone Call



DEFENDANT'S EXHIBIT B

Bob,

It was nice talking with you today via Zoom. As we discussed, Plaintiffs previously disclosed the report of J.S.Held on 12/15/23, and again in discovery production on 3/29/24 (bates no. PLF0000200-31). You agreed that this was

1

sufficient to serve as Plaintiffs' disclosure of a potential expert that Plaintiffs would call to trial in this case under the Court's scheduling order.

We also discussed us needing to amend all the deadlines in the scheduling order now that Scott Phillips has been added as a Defendant in this case. You acknowledged this may be necessary, and that we would revisit how much the deadlines would need to be moved after Phillips is served and enters in the case.

Finally, we also discussed your firm accepting service of process on the additional lawsuits our firm will be filing involving Wausau, and that after we file you would check with your client to see if you could accept service.

Thanks,

Tanner

Tanner A. Kirksey
Associate Attorney
Keane Law LLC
7711 Bonhomme Ave, Ste 600
St. Louis, MO 63105
Ph: (314) 391-4700
Fx: (314) 244-3778
tanner@keanelawllc.com
www.keanelawllc.com



NOTICE: This message and any attachments sent with it may contain confidential and/or privileged information. If you received this email and are not the intended recipient, notify us at (314) 391-4700 and destroy this email. Email is not a secure method of communication because it can be copied by computers or intercepted by others. Notify us if you wish to receive communications in another manner.