# Crawford, Kristie

| | |
|---|---|
| From: | tanner@keanelawllc.com |
| Sent: | Monday, September 30, 2024 11:54 AM |
| To: | Crawford, Kristie; 'Nicholas Savio'; ryan@keanelawllc.com |
| Cc: | matt@cliffordsaviolaw.com; Greenwood, Kelly |
| Subject: | RE: Wilkens, P.E. Deposition in Francis v. Wausau Homes & Phillips Builders [BJPC-BJLIB.FID2157956] |

**CAUTION:** External Sender

Kristie – let's do a 1pm start time, please. Thanks.

**Tanner A. Kirksey**
Associate Attorney
Keane Law LLC
7711 Bonhomme Ave, Ste 600
St. Louis, MO 63105
Ph: (314) 391-4700
Fx: (314) 244-3778
tanner@keanelawllc.com
www.keanelawllc.com



NOTICE: This message and any attachments sent with it may contain confidential and/or privileged information. If you received this email and are not the intended recipient, notify us at (314) 391-4700 and destroy this email. Email is not a secure method of communication because it can be copied by computers or intercepted by others. Notify us if you wish to receive communications in another manner.

**From:** Crawford, Kristie <kcrawford@bjpc.com>
**Sent:** Wednesday, September 25, 2024 11:03 AM
**To:** Nicholas Savio <nick@cliffordsaviolaw.com>; tanner@keanelawllc.com; ryan@keanelawllc.com
**Cc:** matt@cliffordsaviolaw.com; Greenwood, Kelly <kgreenwood@bjpc.com>
**Subject:** RE: Wilkens, P.E. Deposition in Francis v. Wausau Homes & Phillips Builders [BJPC-BJLIB.FID2157956]

I checked my calendar again and can make the morning of 10/10 work as well.



**Kristie Crawford** | Principal

300 John Q. Hammons Parkway, Suite 603
Springfield, MO 65806

417-831-1412

kcrawford@bjpc.com

Website | Bio



1

**From:** Nicholas Savio <nick@cliffordsaviolaw.com>
**Sent:** Wednesday, September 25, 2024 10:56 AM
**To:** Crawford, Kristie <kcrawford@bjpc.com>; tanner@keanelawllc.com; ryan@keanelawllc.com
**Cc:** matt@cliffordsaviolaw.com; Greenwood, Kelly <kgreenwood@bjpc.com>
**Subject:** Re: Wilkens, P.E. Deposition in Francis v. Wausau Homes & Phillips Builders [BJPC-BJLIB.FID2157874]

**CAUTION:** External Sender

I've reserved a conference room at our office for the entire day on 10/10. I'll defer to Tanner and Ryan as far as what time to start.

**Nicholas D. Savio**
**Clifford & Savio**
1100 Main St., Ste. 2600
Kansas City, MO 64105
nick@cliffordsaviolaw.com
www.cliffordsaviolaw.com
816-255-2775 (main)
816-255-2779 (direct)

CONFIDENTIALITY NOTICE: This message may contain confidential and privileged information. If it has been sent to you in error, please advise the sender of the error and then immediately delete this message.

---

**From:** Crawford, Kristie <kcrawford@bjpc.com>
**Sent:** Wednesday, September 25, 2024 10:37 AM
**To:** tanner@keanelawllc.com <tanner@keanelawllc.com>; ryan@keanelawllc.com <ryan@keanelawllc.com>
**Cc:** nick@cliffordsaviolaw.com <nick@cliffordsaviolaw.com>; matt@cliffordsaviolaw.com <matt@cliffordsaviolaw.com>; Greenwood, Kelly <kgreenwood@bjpc.com>
**Subject:** RE: Wilkens, P.E. Deposition in Francis v. Wausau Homes & Phillips Builders [BJPC-BJLIB.FID2157874]

Tanner,

I can make the afternoon of October 10th work. Please let me know the location of the deposition and the preferred start time.

Thank you,

Kristie



**Kristie Crawford** | Principal
300 John Q. Hammons Parkway, Suite 603
Springfield, MO 65806
417-831-1412

2

kcrawford@bjpc.com

Website | Bio

Mansfield Rule
Certified 2022-2023 DIVERSITY

From: tanner@keanelawllc.com <tanner@keanelawllc.com>
Sent: Wednesday, September 25, 2024 10:34 AM
To: Crawford, Kristie <kcrawford@bjpc.com>; ryan@keanelawllc.com
Cc: nick@cliffordsaviolaw.com; matt@cliffordsaviolaw.com; Greenwood, Kelly <kgreenwood@bjpc.com>
Subject: RE: Wilkens, P.E. Deposition in Francis v. Wausau Homes & Phillips Builders [BJPC-BJLIB.FID2163789]

**CAUTION:** External Sender

Kristie,

Apologies for the delay. October 9, 10, or 11 work for us for the deposition of Mr. Wilkens. If these dates don't work for you, please let us know.

Best,

Tanner

Tanner A. Kirksey
Associate Attorney
Keane Law LLC
7711 Bonhomme Ave, Ste 600
St. Louis, MO 63105
Ph: (314) 391-4700
Fx: (314) 244-3778
tanner@keanelawllc.com
www.keanelawllc.com


Up & Coming 2021 Honoree

NOTICE: This message and any attachments sent with it may contain confidential and/or privileged information. If you received this email and are not the intended recipient, notify us at (314) 391-4700 and destroy this email. Email is not a secure method of communication because it can be copied by computers or intercepted by others. Notify us if you wish to receive communications in another manner.

From: Crawford, Kristie <kcrawford@bjpc.com>
Sent: Tuesday, September 24, 2024 9:43 AM
To: tanner@keanelawllc.com; ryan@keanelawllc.com
Cc: nick@cliffordsaviolaw.com; matt@cliffordsaviolaw.com; Greenwood, Kelly <kgreenwood@bjpc.com>
Subject: Wilkens, P.E. Deposition in Francis v. Wausau Homes & Phillips Builders [BJPC-BJLIB.FID2163789]
Importance: High

Counsel,

3

Case 5:23-cv-06019-SRB    Document 91-3    Filed 12/12/24    Page 3 of 4

I still need dates for Christopher Wilkens, P.E.'s deposition. I have tried to be patient but my first request for his deposition was on August 8th, over a month ago. When we spoke on September 12th, I was told you had communicated with Engineer Wilkens and just needed to confirm dates.

Wausau Homes must designate its experts by October 14th. My client's retained experts cannot provide a complete report until I know the full scope of Engineer Wilkens' opinions. Let me know if you cannot produce Engineer Wilkens and I will subpoena him for deposition. The delay in conducting this deposition has significantly impaired my ability to determine what evidence Wausau Homes' retained experts need to rebut.

I am available for Engineer Wilkens' deposition anytime next week except for October 4th during the scheduled inspection of Plaintiffs' house. I could depose Engineer Wilkens that morning or in the afternoon after the inspection. Please let me know what works for him and you.

Thank you,

Kristie



**Kristie Crawford** | Principal

300 John Q. Hammons Parkway, Suite 603
Springfield, MO 65806

417-831-1412

kcrawford@bjpc.com

Website | Bio

Mansfield Rule
Certified 2022-2023

CONFIDENTIALITY NOTE: This message is from a law firm and contains information for the sole use of the intended recipient that may be privileged, attorney work product, or exempt from disclosure under applicable law. If you are not the intended recipient, any distribution, dissemination, or copying of this message, including any attachments, is strictly prohibited. If you received this message in error, or are not the proper recipient, please notify the sender at either the email address or telephone number above and delete this email (and any attachments) from your computer without copying or forwarding it. Thank you.