**Crawford, Kristie**

| | |
|---|---|
| **From:** | Ryan Keane <ryan@keanelawllc.com> |
| **Sent:** | Wednesday, October 9, 2024 5:19 PM |
| **To:** | Crawford, Kristie |
| **Cc:** | tanner@keanelawllc.com; matt@cliffordsaviolaw.com; nick@cliffordsaviolaw.com; Greenwood, Kelly |
| **Subject:** | Re: Francis v. Wausau Homes, et al. [BJPC-BJLIB.FID2157956] |

**CAUTION:** External Sender

Confirmed.

> On Oct 9, 2024, at 5:18 PM, Crawford, Kristie <kcrawford@bjpc.com> wrote:
>
> Ryan,
>
> I can agree to that. Please confirm that we have an agreement as outlined below so that I can notify the court reporter that the deposition is postponed.
>
> Thank you,
>
> Kristie
>
> **Kristie Crawford | Principal**
> 300 John Q. Hammons Parkway, Suite 603
> Springfield, MO 65806
> 417-831-1412
> kcrawford@bjpc.com
> Website | Bio
>
> **From:** ryan@keanelawllc.com <ryan@keanelawllc.com>
> **Sent:** Wednesday, October 9, 2024 5:14 PM
> **To:** Crawford, Kristie <kcrawford@bjpc.com>
> **Cc:** tanner@keanelawllc.com; matt@cliffordsaviolaw.com; nick@cliffordsaviolaw.com; Greenwood, Kelly <kgreenwood@bjpc.com>
> **Subject:** RE: Francis v. Wausau Homes, et al. [BJPC-BJLIB.FID2157956]
>
> **CAUTION:** External Sender
>
> Hi Kristie, that is fine – so long as we can agree that all other deadlines are reset to accommodate this 3 month extension and the second mediation.

1

Case 5:23-cv-06019-SRB   Document 91-4   Filed 12/12/24   Page 1 of 2

DEFENDANT'S EXHIBIT D

Thanks,
Ryan

From: Crawford, Kristie <kcrawford@bjpc.com>
Sent: Wednesday, October 9, 2024 4:15 PM
To: ryan@keanelawllc.com
Cc: tanner@keanelawllc.com; matt@cliffordsaviolaw.com; nick@cliffordsaviolaw.com; Greenwood, Kelly <kgreenwood@bjpc.com>
Subject: Francis v. Wausau Homes, et al. [BJPC-BJLIB.FID2157956]

Ryan,

I still need to check with one person; however, **if** that person agrees, we are agreeable to postponing Christopher Wilkens, P.E.'s s deposition to allow time for him to prepare his supplemental report and be properly disclosed as a retained expert if (1) Plaintiffs will pay any cancelation fee charged by the court reporter; and (2) Plaintiffs will join in a motion to amend the scheduling order to give Wausau Homes three months after receiving Wilkens' supplemental report to designate its expert witnesses. We are requesting three months to hopefully allow time for a second mediation before Wausau Homes' experts must be disclosed. Please let me know your thoughts on this proposal.

Thank you,

Kristie

**Kristie Crawford** | Principal

300 John Q. Hammons Parkway, Suite 603
Springfield, MO 65806

417-831-1412

kcrawford@bjpc.com

Website | Bio

CONFIDENTIALITY NOTE: This message is from a law firm and contains information for the sole use of the intended recipient that may be privileged, attorney work product, or exempt from disclosure under applicable law. If you are not the intended recipient, any distribution, dissemination, or copying of this message, including any attachments, is strictly prohibited. If you received this message in error, or are not the proper recipient, please notify the sender at either the email address or telephone number above and delete this email (and any attachments) from your computer without copying or forwarding it. Thank you.