# Crawford, Kristie

| | |
|---|---|
| **From:** | tanner@keanelawllc.com |
| **Sent:** | Monday, November 11, 2024 5:23 PM |
| **To:** | Crawford, Kristie |
| **Cc:** | Ryan Keane; nick@cliffordsaviolaw.com; matt@cliffordsaviolaw.com; 'Allison Leventhal' |
| **Subject:** | Francis v. Wausau - Expert Reports |
| **Attachments:** | 24.11.11-240901866-Francis V Wausau-Eng Report.pdf; 24.11.11-240901866-Francis v Wausau et al.pdf; Jeremy Allison CV.pdf; Jeremy Allison-Testify List.pdf; 2024 JSH Non-Ins Rate Sheet - FA&E.pdf |

**CAUTION:** External Sender

Kristie,

Attached please find the expert reports of Mr. Wilkens and Mr. Allison, as well as additional materials for Mr. Allison. Thanks.

Tanner

**Tanner A. Kirksey**
Associate Attorney
Keane Law LLC
7711 Bonhomme Ave, Ste 600
St. Louis, MO 63105
Ph: (314) 391-4700
Fx: (314) 244-3778
tanner@keanelawllc.com
www.keanelawllc.com



NOTICE: This message and any attachments sent with it may contain confidential and/or privileged information. If you received this email and are not the intended recipient, notify us at (314) 391-4700 and destroy this email. Email is not a secure method of communication because it can be copied by computers or intercepted by others. Notify us if you wish to receive communications in another manner.



DEFENDANT'S EXHIBIT F