


## Key Expertise

- Large Complex Losses
- Commercial
- Government
- Education
- Municipalities
- Transportation
- Hospital & Healthcare
- Livestock Structures
- Hospitality
- Resorts

## Project Geographical Experience

U.S., Canada

## Languages

English

## Summary of Experience

Jeremy Allison is a Vice President, building consultant for J.S. Held Overland Park, KS office. His background covers a wide spectrum of complex projects with more than 24 years in the construction industry and insurance industry. He has extensive experience working flood, wind, hail, tornadoes, and fire losses. He has consulted on large complex insurance losses throughout the U.S. including manufacturing buildings, hotels, high rise office buildings, schools, malls, and apartment complexes.

Prior to joining J.S. Held, Jeremy previously was in the restoration/construction industry focusing on property loss, cost estimating, and project management. His experiences have provided him with a balanced perspective and in-depth knowledge of the loss process.

## Expert/Testifying Experience

Jeremy has presented oral expert witness testimony in alternate dispute resolution procedures including mediation and arbitration proceedings.

Involved in the deposition process (including deposition testimony) as a professional consultant. Complete list available upon request.

## Professional Affiliations/Memberships/Licenses/Training

OSHA 10

IICRC Water Restoration (WTR)

EPA Lead RRP Certified

Kansas Asbestos 16-hour training

Biohazard Technician training

Xactimate Certified levels I & II

## Role at J.S. Held

Jeremy is involved in estimating, project management, and onsite project monitoring. He has extensive involvement in numerous major loss assignments throughout the United States and has consulted on large complex insurance losses, including malls, government, education, municipalities, transportation, hospitals, resorts, multi-family complexes, and various other commercial buildings.

## Contact

13200 Metcalf Avenue, Suite 265, Overland Park, KS 66213 | +1 913-444-6243 (O) | +1 816-749-5022 (M) | jallison@jsheld.com

**DEFENDANT'S EXHIBIT** F-3

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.



## Work Experience

J.S. Held, LLC – Building Consulting
Vice President
2022 – Present

Assistant Vice President
2021-2022

Director
2018 – 2021

## Select Project Experience

**Commercial:**

**Affinity Gaming, St. Joseph, Missouri.** Performed site inspection and assessment of a flood that caused damage to casino restaurant and bar, and adjoining river boat casino. Initiated process to review Emergency Services, Drying and Mitigation efforts including support documentation and review of logs to make a recommendation for payment. Completed reconstruction estimate and reviewed General Contractor sub-bids and pay application documentation as part of repair process. Reviewed scope of work and cost estimates to repair flood retaining wall on the Missouri River that was damaged.

**Municipalities:**

**City of Joplin, Joplin, Missouri.** Performed site inspection and assessment of all City owned property from an EF-5 tornado. Completed reconstruction estimates for all buildings including code upgrades. This scope included Fire Stations, Police Station, Senior Center, Aquatic Park, Multiple City Parks, Street lighting and miscellaneous items.

**County of Champaign, Champaign, Illinois.** Performed site inspection and assessment of numerus buildings damaged by a hailstorm. Completed reconstruction estimates and reviewed the plans/drawings prior to going out to bid.

**Transportation:**

**BNSF, Kansas City, Missouri.** Completed a remodeling project of all the offices, breakroom, corridors, and bathrooms while they stayed up and operational.

**Kansas City Terminal Railway, Kansas City, Missouri.** Completed a remodeling project of corridors, offices, and transfer switch room while they stayed up and operational.

**Denver International Airport, Denver, Colorado.** Completed damage assessment from theft.

**Healthcare:**

**New Hanover Regional Medical, Willington, North Carolina.** Project lead for Hurricane Florence to all hospital buildings throughout the county. Performed damage assessment and cost estimating for reconstruction. Provided review and recommendations for all invoicing by multiple contractors and sub-contractors.

**Energy:**

**Tenaska Clear Creek Wind, Maryville, Missouri.** Inspected and assessed for delay due to wet weather of a wind turbine farm. Performed project monitoring as well as schedules and delay analysis review.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.


**Industrial:**

**Eastern Shipbuilding Group, Panama City, Florida.** Inspected and assessed wind damage from Hurricane Michael to shipbuilding campuses. Coordinated inspections and estimates for repairs including all MEP's and overhead cranes, and structural repairs. Provided review and recommendations for General Contractor invoicing.

**Textron, Inc., Wichita, Kansas.** Performed site inspection and assessment of a explosion that caused damage to multiple buildings from debris. Reviewed scope of work and cost estimates from the General Contractor to repair all damages.

**Johnny Morris Outdoors, Lebanon, Missouri.** Inspected and assessed wind damage to multiple buildings. Coordinated

**Education:**

**Marshall Public School, Marshall, Missouri.** Inspected and assessed fire damage to the high school. Provided review and recommendations for the client.

**University of Missouri, Kansas City, Missouri.** Inspected and assessed from a water damage of multiple floors. Provided a detailed scope for bidding purposes for contractors.

**Jefferson City Public School District, Jefferson City, Missouri.** Inspected and assessed all the district buildings following a tornado. Completed reconstruction estimates and reviewed the plans/drawings prior to going out to bid.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

Case 5:23-cv-06019-SRB    Document 91-9    Filed 12/12/24    Page 3 of 3