

13200 Metcalf Ave
Overland Park, Kansas 66213 | US
913-444-6243
Project #: 240801792
jsheld.com

Tanner Kirksey
7711 Bonhomme Ave., Ste 600
Saint Louis, MO 63105

Dear Mr. Kirksey,

Please refer to the following case references in which I was engaged to participate as a subject matter expert.

- Alvord Polk v. Cincinnati Insurance Company Case # 2020-CV-02069
- Cincinnati Insurance Company v. S.A. Comunale Company, Inc Case # CV-21-952587
- Bliv, Inc. v. Charter Oak Fire Insurance Company – Case # 4:22-CV-00869
- Lawrance Douglas Housing Authority v. E-Telecom, LLC; KGPO Services, LLC; f/k/a Blue Stream Professional Services, LLC; Quadgen Wireless Solutions, Inc.; T-Mobile Central, LL. - Case DG-2023-CV-000133

Best Regards,

Jeremy Allison
Vice President



DEFENDANT'S EXHIBIT
F-4

Find your expert