

# 2024 Rate Sheet and Other Charges

Professional fees are charged hourly in 1/10th of an hour increments and provided based upon the experience and qualification level required for a specific project. In the event a project proceeds to a Dispute Resolution and/or Appraisal process, those rates shall apply.

| Forensic Architecture & Engineering | Standard Rate | Dispute Resolution Rate |
|---|---|---|
| Senior Engineer | $350 - $560 | $400 - $560 |
| Senior Architect | $350 - $520 | $400 - $530 |
| Senior Geologist | $340 | $390 |
| Professional Engineer | $285 - $330 | $335 - $380 |
| Professional Architect | $285 - $330 | $335 - $380 |
| Senior Project Manager | $240 - $360 | $290 - $410 |
| Chemist | $265 - $330 | $315 - $380 |
| Professional Geologist | $235 - $265 | $285 - $315 |
| Project Engineer | $215 - $245 | $265 - $295 |
| Project Geologist | $210 | $260 |
| Senior Technician | $155 - $170 | $195 - $210 |
| Analyst | $130 - $160 | |
| Technician | $115 - $145 | |

| Fire O&C | Standard Rate | Dispute Resolution Rate |
|---|---|---|
| Senior Investigator | $180 - $235 | $260 - $345 |
| Investigator | $155 - $175 | $225 - $250 |
| Senior Technician | $155 | $155 |
| Analyst | $145 | |
| Technician | $90 | |

**Professional Fees - Expenses**

File Administration

Each invoice includes four percent (4%) of professional fees to cover items such as in-house copies, postage, supplies, computers, software, technology, conference calls, and similar items.





| | |
|---|---|
| Mileage | Per Current I.R.S. Rate |
| Vendor and Subcontractor Expenses | Cost Plus 10% or engagement specific agreed markup |
| Air Travel | Cost |

Air travel is at coach fare considering one stop if cost savings vs. the related professional fees travel time. Officers travel business class for trips in excess of 4 hours.

| | |
|---|---|
| Meals per Diem | $90 per day |

Breakdown as follows: Breakfast $20, Lunch $30, Dinner $40

Any amounts advanced by J.S. Held to subcontractors or other third parties shall be as a courtesy to Client, and Client shall be directly liable to such third parties for all such charges, costs, and expenses incurred.

Invoices are submitted on a monthly basis or sooner if concurrent with a key deliverable. Payment is due upon invoicing. Interest charges of 1% per month (12% APR) may apply for invoices not paid in full within 30 days of the invoice date. An election to forego charging interest shall not be considered a waiver to charge interest. Any invoices not disputed within 30 days shall be deemed accepted. Client is responsible for any required collection costs including reasonable attorneys' fees. J. S. Held may in its discretion suspend performance in the event of past due invoices. This schedule is subject to periodic revision.