IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| CHRISTINA FRANCIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-06019-SRB |
| | ) | |
| WAUSAU HOMES INCORPORATED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff Christina Francis and Cole Francis' ("Plaintiffs") Motion for Entry of Default. (Doc. #185.) Plaintiffs move for a Clerk's Entry of Default against Defendant Phillips Builders, LLC and Defendant Scott Phillips (hereinafter "Defendants") for failure to appear or otherwise defend this case. Upon review, the Court finds that Defendants were properly served and have failed to timely plead or otherwise defend this case. The Court further finds that Plaintiffs have complied with the requirements for obtaining a Clerk's Entry of Default under Federal Rule of Civil Procedure 55(a) and Local Rule 55.1(a).

Consequently, Plaintiffs' Motion for Entry of Default (Doc. #185) is GRANTED. The Clerk of Court is directed to enter a Clerk's Entry of Default against Defendant Phillips Builders, LLC and Defendant Scott Phillips. The Clerk of Court is further directed to mail a copy of this Order to both Defendants at their last known address(es).

IT IS SO ORDERED.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: January 6, 2026