IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| CHRISTINA FRANCIS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 23-cv-06019-SRB |
| WAUSAU HOMES INCORPORATED, et al., | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT BY CLERK

Upon request of the plaintiffs and after a review of the record of the Court, it appears that Defendant Phillips Builders, LLC and Defendant Scott Phillips have failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure. Therefore, DEFAULT of the following named defendants are ENTERED pursuant to Federal Rules of Civil Procedure 55(a):

**Phillips Builders, LLC**

**Scott Phillips**

Paige Wymore-Wynn, Clerk of Court

Dated: January 6, 2026.

By: /s/ Tracey D. Peters
Deputy Clerk